HARVEY L. PASTAN, trustee, *vs.* BOARD OF APPEALS OF BILLERICA. May 30, 1974. This is an appeal from a decree of the Superior Court

annulling a decision of the defendant board of appeals (G. L. c. 40A, § 21, as amended through St. 1972, c. 334) which upheld the refusal of the building inspector of the town of Billerica to issue a permit to the plaintiff to erect an apartment house. Our decision must turn on whether the decision of the Supreme Judicial Court in *Hallenborg* v. *Town Clerk of Billerica,* 360 Mass. 513 (1971), invalidated § 5.8 of the zoning by-law of the town (the identical section under which the plaintiff seeks a building permit in the present case). If § 5.8 had not been so invalidated, the decree of the Superior Court in this case would have been correct. We construe the *Hallenborg* decision to have invalidated § 5.8, notwithstanding that protective provisions were made for the interveners in that decision, who had undertaken substantial obligations in reliance on permits obtained by them under § 5.8. The plaintiff does not show that he is entitled to the benefits extended by those provisions. The decree of the Superior Court is reversed, and a decree is to enter declaring that the decision of the board of appeals was not in excess of its authority and is affirmed.

*So ordered.*

*Edward J. Owens,* Town Counsel, for the Board of Appeals of Billerica.

*Gerald E. Katz* for the plaintiff.